# Christopher Lynn Attorney at Law

24-15 Queens Plaza North
Long Island City, New York, New York 11101
917-385-0368
Chrisrlynn@AOL.Com
January 15, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED 1-17 2020

Via ECF
Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

RE:  USA v. ~~Kim et al~~ Yi Case# 1:18-cr-00882 (LTS)-3

Dear Honorable Justice Swain:

Please be advised that our client Diane Yi's sentencing has been scheduled to be held on January 23, 2020. We respectfully request that our client's sentencing be adjourned for 90 days.

On or about December 18, 2020, our client Diane Yi advised that her younger sister lost eye vision on the left eye. Diane Yi took her to an emergency doctor and she has been taking her younger sister to the eye specialist in Manhattan ever since then about twice a week. Apparently, our client's younger sister was contracted with some kind of virus in her left eye. There is no one other than Diane Yi to take care of her younger sister.

Defendant Yi needs at least 90 days so that she can take care of her younger sister's visits to the doctors' offices and set up a long term care for her after her sentencing.

I have discussed the adjournment with the US Attorneys who consented to 45 days from the scheduled sentencing date. However, Defendant Yi respectfully requests 90 days. This is the first adjournment request made in this case.

Please also be advised that our sentencing memo and the social worker's report are being e-filed separately today.

Thank you for your anticipated prompt attention to this matter.

*The sentencing is adjourned to June 18, 2020, at 11:00 AM. DE #187 resolved.*

Respectfully submitted,

Law Offices of Christopher R. Lynn

*Christopher Lynn,*
Christopher Lynn (CL-6981)

SO ORDERED:

_____ 1/17/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE