U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2020

**BY ECF**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Hong Nae Yi, a/k/a "Diane Yi,"* S1 18 Cr. 882 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter regarding scheduling in the above-captioned matter. On October 11, 2019, the defendant entered a guilty plea, and sentencing is currently scheduled for June 18, 2020, at 11:00 a.m. The parties have conferred regarding proceeding with sentencing at this time in light of the ongoing public health emergency stemming from the COVID-19 pandemic, including regarding the possibility of a videoconference or teleconference sentencing. The defense has informed the Government that the defendant does not consent to proceeding by videoconference or teleconference at this time. The parties also respectfully submit that the sentencing in this case can "be further delayed without serious harm to the interests of justice." *See* Coronavirus Aid, Relief, and Economic Security Act, § 15002(b)(2); *see also* Standing Order on Video Teleconferencing and Telephone Conferencing for Criminal Proceedings in this District entered by Chief Judge McMahon on March 30, 2020. Accordingly, the parties respectfully request that the Court adjourn sentencing to a date at which it is anticipated that public health conditions will permit an in-person sentencing proceeding.

Respectfully submitted,

The sentencing is adjourned to
September 10, 2020, at 11:00 a.m.
and the related deadlines are
modified accordingly.  DE# 202 resolved.
SO ORDERED.
6/11/2020
/s/ Laura Taylor Swain, USDJ

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: _____
Thane Rehn
Elinor Tarlow
Assistant United States Attorneys
(212) 637-2354 / 1036

cc: Christopher Richard Lynn, Esq., and Daniel D. Kim, Esq. (via ECF)