UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  18 CR 882-LTS

HONG NAE YI,

        Defendant.

-------------------------------------------------------x

## ORDER

The conference scheduled for September 10, 2020, at 11:00 a.m. is hereby rescheduled to September 10, 2020, at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
       August 31, 2020

                                                /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge