UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                          No. 18 CR 882-LTS

HONG NAE YI,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing proceeding in this case is scheduled to proceed on Thursday September 10, 2020, at 2:00 p.m. in Courtroom 17C. The parties' attention is directed to the attached information regarding Courthouse COVID-19 protocols.

To access the audio feed of the conference, members of the press and public may call 888-363-4734 and use access code 1527005# and security code #2178. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
          September 9, 2020

                                                                                  /s/ Laura Taylor Swain
                                                                                LAURA TAYLOR SWAIN
                                                                                United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.